KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite 120
Fresno, Ca. 93721
Telephone: (559) 412-8900
Facsimile:  (559) 256-9798

Attorney for Defendant
MARQUIZ DEMITRIC TUCKER

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-F-15cr-00209 LJO-SKO |
| Plaintiff, | ORDER CONTINUING SENTENCING DATE FROM AUGUST 15, 2016 to NOVEMBER 14, 2016 BASED ON THE STIPULATION OF COUNSEL |
| v. | |
| MARQUIZ DEMITRIC TUCKER, | |
| Defendant. | |

Good cause appearing, it is hereby ordered that the sentencing of MARQUIZ DEMITRIC TUCKER, Case 15:00209, previously scheduled for August 15, 2016 be rescheduled to November 14, 2016 at 8:30am. .

DATED:   August  4, 2016          /s/ Lawrence J. O'Neill

THE HONORABLE LAWRENCE J. O'NEILL, JUDGE OF THE EASTERN DISTRICT OF CALIFORNIA