KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite 120
Fresno, Ca. 93721
Telephone: (559) 412-8900
Facsimile:  (559) 256-9798

Attorney for Defendant
MARQUIZ DEMITRIC TUCKER

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-F-15cr-00209 LJO-SKO |
| Plaintiff, | ORDER CONTINUING SENTENCING DATE FROM JANUARY 3, 2017 TO JANUARY 30, 2017 AT 10:00 A.M. BASED ON THE STIPULATION OF COUNSEL |
| v. | |
| MARQUIZ DEMITRIC TUCKER, | |
| Defendant. | |

Good cause appearing, it is hereby ordered that the sentencing of MARQUIZ DEMITRIC TUCKER, Case 15:00209, previously scheduled for January 3, 2017, be rescheduled to January 30, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **December 23, 2016**         **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE