KATHERINE HART #76715
Attorney at Law
1600 Fulton, Suite 120
Fresno, Ca. 93721
Telephone: (559) 412-8900
Facsimile:  (559) 256-9798

Attorney for Defendant
MARQUIZ DEMITRIC TUCKER

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIZ DEMITRIC TUCKER,<br><br>Defendant. | CR-1:15-CR-00209-002 LJO<br>ORDER TO FEDERAL MARSHALS TO RELEASE DEFENDANT TO TEEN CHALLENGE RESIDENTIAL TREATMENT PROGRAM<br><br>Date: Release on March 22, 2017 at 7:00 a.m. from Lerdo, to THERESA ROTHSCHILD for transport to Teen Challenge, Reedley. Ca. |

TO THE UNITED STATES MARSHAL'S OFFICE,  TO THE KERN COUNTY DETENTION FACILITY, KERN COUNTY, CALIFORNIA:

IT IS HEREBY ORDERED that defendant MARQUIZ DEMITRIC TUCKER, Lerdo Federal Prisoner 2120730, housed at 17695 Industrial Farm Road, Bakersfield, Ca. 93308 (LERDO detention facility, Kern County), be hereby released on March 22, 2017 to the custody of THERESA ROTHSCHILD, working under the auspices of KATHY GRINSTEAD, Early Intervention Services, to be

immediately transported to the Teen Challenge Residential Facility, 42675 Road 44, Reedley, Ca. 93654.

DEFENDANT MARQUIZ DEMITRIC TUCKER is to be transported from Lerdo Detention Facility in the custody of THERESA ROTHSCHILD by automobile for purposes of substance abuse treatment in the TEEN CHALLENGE live-in residential treatment facility.  TUCKER is ordered to reside at the Reedley facility, participate in, and obey all rules of TEEN CHALLENGE.  TEEN CHALLENGE is ordered to report immediately to the Honorable LAWRENCE J. O'NEILL, Judge of the Eastern District, or to the UNITED STATES PROBATION OFFICE in Fresno, California, if  TUCKER fails to adhere to any and all conditions of the program.

The additional conditions of release, as listed on Attachment A, are incorporated in this order and constitute conditions of release to Teen Challenge. Defendant is ordered detained at Teen Challenge under further order of the court.

IT IS SO ORDERED.

Dated:   **March 17, 2017**              /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE