KATHERINE HART #76715
Attorney at Law
1600 Fulton, Suite 120
Fresno, Ca. 93721
Telephone: (559) 412-8900
Facsimile: (559) 256-9798

Attorney for Defendant
MARQUIZ TUCKER

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-1:15-CR-00209 LJO |
| v. | ORDER CONTINUING SENTENCING DATE FROM AUGUST 14, 2017, 10:00 a.m. TO FEBRUARY 13, 2018 AT 10:00 a.m. |
| MARQUIZ TUCKER,, | |
| Defendant. | |

Good cause appearing, it is hereby ordered that the sentencing and review hearing of MARQUIZ TUCKER, Case 15:00209, previously scheduled for August 14, 2017 at 10:00 a.m. be continued to February 13, 2018 at 10:00 a.m. Defendant is ordered to continue to reside at the Teen Challenge Program, Reedley, California under the same terms and conditions as previously ordered.

IT IS SO ORDERED.

Dated: **August 1, 2017**           /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE