KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite 120
Fresno, Ca. 93721
Telephone: (559) 412-8900
Facsimile: (559) 256-9798

Attorney for Defendant
MARQUIZ DEMITRIC TUCKER

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> MARQUIZ DEMITRIC TUCKER, ) <br> ) <br> Defendant. ) | CR-F-15cr-00209 LJO-SKO <br><br> ORDER ADVANCING <br> REVIEW HEARING FROM <br> OCTOBER 1, 2018 at 8:30 am <br> TO AUGUST 6, 2018 AT 10:00 <br> A.M. BASED ON <br> THE STIPULATION OF COUNSEL |

Based on the stipulation of counsel and good cause appearing, it is hereby , it is hereby ordered that the review hearing of MARQUIZ DEMITRIC TUCKER, Case 15:00209, previously scheduled for October 1, 2018 be rescheduled to August 6, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **July 30, 2018**                    **/s/ Lawrence J. O'Neill**
                                           UNITED STATES CHIEF DISTRICT JUDGE