KATHERINE HART #76715
Attorney at Law
P.O. Box 5948
Fresno, Ca. 93755
Telephone: (559) 930-3776
Email: kbackpacker2000@yahoo.com

Attorney for Defendant
MARQUIZ DEMITRIC TUCKER

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-F-15cr-00209 LJO-SKO |
| Plaintiff, | ORDER CONTINUING SENTENCING FROM SEPTEMBER 23, 2019 at 10:00 a.m. TO SEPTEMBER 30, 2019 at 10:00 a.m. BASED ON STIPULATION OF COUNSEL |
| v. | |
| MARQUIZ DEMITRIC TUCKER, | |
| Defendant. | |

Based on the stipulation of counsel and good cause appearing, it is hereby ordered that the sentencing hearing of MARQUIZ DEMITRIC TUCKER, Case 15 cr:00209, previously scheduled for September 23, 2019 at 10:00 a.m. be rescheduled to September 30, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **August 18, 2019**        **/s/ Lawrence J. O'Neill**
                                  UNITED STATES CHIEF DISTRICT JUDGE