KATHERINE HART 76715
Attorney at Law
Post Office Box 5948
Fresno, CA  93755
Telephone: (559) 930-3776
Email: kbackpacker2000@yahoo.com
Attorney for MARQUIZ DEMITRIC TUCKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIZ DEMITRIC TUCKER,<br>aka MARQUIZ DEMITRIUS TUCKER<br><br>Defendant. | Case No.: 15-00209 LJO<br><br>**ORDER IN SUPPORT OF REQUEST FOR ISSUANCE OF TRUE NAME FINDING** |

GOOD CAUSE APPEARING, and upon application of Defendant for a True Name Finding, the court orders that Defendant's true name is the following:

MARQUIZ DEMITRIUS TUCKER

IT IS SO ORDERED.

Dated: **October 30, 2019**            **/s/ Lawrence J. O'Neill**
                              UNITED STATES CHIEF DISTRICT JUDGE