HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00209-LJO-SKO |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | |
| MARQUIZ DEMITRIUS TUCKER, | |
| *Defendant.* | |

Defendant, Marquiz Demitrius Tucker, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel for assistance in seeking modification of the terms of his probation. Our office has a conflict.

On September 30, 2019, Mr. Tucker was sentenced to 60 months of probation. Mr. Tucker submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing his *Financial Affidavit*, it is respectfully recommended that CJA panel counsel be appointed.

DATED:  May 18, 2022                                          */s/ Eric V Kersten*
                                                                              ERIC V. KERSTEN
                                                                              Assistant Federal Defender
                                                                              Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __May 18, 2022__    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE