# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:15-CR-00209-JLT-SKO |
| Plaintiff, | **ORDER GRANTING EARLY TERMINATION OF PROBATION** |
| vs. | |
| MARQUIZ DEMITRIUS TUCKER, | |
| Defendant. | |

Defendant MARQUIZ TUCKER's unopposed motion for early termination of his 60-month term of probation filed June 13, 2022 (Doc. No. 219) is granted and his term of probation is hereby terminated.

IT IS SO ORDERED.

Dated: **July 29, 2022**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE